UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RAFIQ SABIR,                                        :

           Movant,                            :

   -v.-                                             :          12 Civ. 8937 (LAP)

UNITED STATES OF AMERICA,                :          05 Cr. 673 (LAP)

           Respondent.                      :

------------------------------------------------------------X

RECEIVED

FEB 28 2013

LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-1-13

## MOTION FOR EXTENSION OF TIME

     The Government respectfully requests that the Court grant an additional thirty days within which to respond to Movant Rafiq Sabir's Motion to Vacate His Sentence pursuant to 28 U.S.C. § 2255, up to and including April 3, 2013, because of the press of other business for which the Government attorneys preparing the Response are responsible.

                          Respectfully submitted,

                          PREET BHARARA,
                          United States Attorney

*granted*
*So ordered*
*Loretta a Preska*
*               USDJ*By:   _____
*March 1, 2013*            Jennifer G. Rodgers
                          Karl Metzner
                          Assistant United States Attorneys
                          (212) 637-2200

Dated:        February 28, 2013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on defendant Rafiq Sabir by first-class mail on February 28, 2013, at the following address:

Rafiq Sabir
Inmate # 55312-066
FCI Ashland
Federal Correctional Institution
P.O. Box 6001
Ashland, Kentucky 41105

Karl Metzner