

Rafiq Sabir #55312-066
Federal Correctional Facility
Post Office Box 6001
Ashland, Kentucky   41105
20 November 2013


Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007


Dear Clerk;

I am an inmate at the above noted correctional facility, and I am awaiting court decisions on a number of motions, starting with habeas corpus under §2255 filed 30 November 2012, and most recently a Rule 33 Motion For A New Trial Based On New Evidence, sent in on 22 October 2013.  The case numbers I have are:

    05 Cr. 673-2 (LAP) and

    12 Civ. 8937 (LAP).

I am not aware of any case number for the Rule 33 Motion.

Please send to me an updated docket sheet for my habeas corpus case and my criminal case, as well as the Rule 33 Motion if it has a separate case number.

Thank you for your attention and assistance.


Sincerely,

_____
Rafiq Sabir

RAFIQ SABIR #55312-006
Federal Correctional Institution
Post Office Box 6001
Ashland, Kentucky 41105

CHARLESTON WV 253

22 NOV 2013 PM 3 L

RECEIVED
COURT PRO SE OFFICE
2013 NOV 26 A 11: 40

Clerk Of Court
500 Pearl ST
NEW YORK, NY 10007-1312
United States

RECEIVED
NOV 21 2013
BY

SPECIAL MAIL - LEGAL MAIL
DO NOT OPEN