USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2014

UNITED STATES DISTRICT COURT )
SOUTHERN DISTRICT OF NEW YORK )
)
)
)
UNITED STATES OF AMERICA ) 05 Cr. 673-2 (LAP)
)
)
v. )  12 Civ. 8937 (LAP)
)
)
RAFIQ A. SABIR )
)
)
)

## MOTION FOR DEFAULT JUDGMENT

COMES NOW DEFENDANT, RAFIQ SABIR, and moves this Honorable Court for entry of a DEFAULT JUDGEMENT pursuant to Federal Rules of Civil Procedure Rules 55(a) and 55(d) on the Rule 33 MOTION FOR A NEW TRIAL BASED ON NEW EVIDENCE, filed by DEFENDANT 22 October 2013. The facts are enumerated below as follows:

1) A Rule 33 MOTION FOR A NEW TRIAL BASED ON NEW EVIDENCE was filed according to the prison mail box rule 22 October 2013. (See attached photocopy of FCI Ashland Legal Mail Log Book)

2) The said motion was received by the Court 28 October 2013. (See attached photocopy of printout of USPS webpage documenting delivery.)

3) A copy of said MOTION was mailed by FIRST CLASS MAIL to the Government contemporaneously with the MOTION sent to the Court. (See attached copy of AFFIRMATION OF SERVICE.)

4) Under the law the Government has SIXTY (60) days from the date of filing to respond.

5) Sixty (60) days have elapsed from the mailing date on 20 December 2013, and from the date the MOTION was received by the Court on 26 December 2013.

6) The Government has not responded, nor has it requested an extension.

7) The issues presented in the Rule 33 MOTION FOR A NEW TRIAL BASED ON NEW EVIDENCE are valid and substantial.

8) As these valid meritorious issues are uncontested by the Government, they should be construed by the Court as admitted by the Government; and therefore the PETITIONER (DEFENDANT) is entitled to DEFAULT JUDGMENT in his favor.

9) The PETITIONER is entitled to timely relief as provided by the statute under the Rules cited above.

WHEREFORE, PETITIONER PRAYS:

A) That judgment in the Rule 33 MOTION FOR A NEW TRIAL BASED ON NEW EVIDENCE previously filed in this Court be entered in the PETITIONER'S favor;

B) That DEFAULT JUDGMENT be entered against the Government for failure to respond;

C) That PETITIONER'S conviction and Sentences be reversed, vacated, and set aside and that PETITIONER be granted a new trial.

```
UNITED STATES DISTRICT COURT      )
SOUTHERN DISTRICT OF NEW YORK     )
                                  )
                                  )
UNITED STATES OF AMERICA          )      05 Cr. 673-2 (LAP)
                                  )
                                  )
         v.                       )      12 Civ. 8937 (LAP)
                                  )
                                  )
RAFIQ A. SABIR                    )
                                  )
                                  )
                                  )
```

## SWORN DECLARATION

1. I am Dr. Rafiq A. Sabir, DEFENDANT in UNITED STATES v. RAFIQ A. SABIR in the above captioned criminal case, and PETITIONER in the present MOTION FOR DEFAULT JUDGMENT on the previously filed MOTION FOR A NEW TRIAL BASED ON NEW EVIDENCE.

2. I am writing this SWORN DECLARATION in support of my pro se MOTION FOR DEFAULT JUDGMENT.

3. The statements in this SWORN DECLARATION are based on my personal knowledge and experiences, except where otherwise noted.

4. On 22 October 2013 I filed a MOTION FOR A NEW TRIAL BASED ON NEW EVIDENCE with this Court according to the MAILBOX RULE.

5. Contemporaneously, I sent a copy to the Government by FIRST CLASS MAIL.

6. As of 30 December 2013 I have not received any response from the Government, nor have I received any notice from the Government requesting an extension, nor have I received from the Court notice granting the Government an extension in order to respond to my MOTION FOR A NEW TRIAL BASED ON NEW EVIDENCE.

7. It was my sincere belief prior to my arrest that al-Qaeda is not a real organization, and so I am completely innocent of conspiring to provide and attempting to provide material support to them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on: 30 December 2013

_____
RAFIQ A. SABIR, M.D.

USPS Form 3877 (Page 1 of 2) — Certified Mail Receipt

| Name and Address of Sender | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Check type of mail or service | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FCI Inmate [redacted] | 7012 3460 0002 1482 2576 | Sabir S53 [redacted]-066 New York NY [redacted] | Return Receipt / Signature Confirmation | | | | | | | ✓ | ✓ | | | ✓ |

Postmark: Ashland KY 41101, OCT 23 2013, USPS

Total Number of Pieces Received at Post Office: 3

Postmaster, Per (Name of receiving employee): [signature]

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

Delivery Confirmation
Signature Confirmation
Special Handling
Restricted Delivery
Return Receipt

ATTACHMENTS

English · Customer Service · USPS Mobile · Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a Form
Hold Mail
Change of Address

Ship a Package · Send Mail · Manage Your Mail · Shop · Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70123460000214822576

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

| Date | Status | Location |
|---|---|---|
| October 28, 2013, 1:04 pm | Delivered | NEW YORK, NY 10007 |
| October 28, 2013, 11:11 am | Sorting Complete | NEW YORK, NY 10007 |
| October 28, 2013, 10:19 am | Arrival at Unit | NEW YORK, NY 10007 |

## Available Options

Email Updates

## Track Another Package

**What's your tracking (or receipt) number?**

[                                        ] Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
USPS.COM | Copyright© 2013 USPS. All Rights Reserved.

Cert. Mail #7012 3460 0002 ... 
Sent 22 Oct 2013

```
UNITED STATES DISTRICT COURT      )
                                  )
SOUTHERN DISTRICT OF NEW YORK     )
                                  )
                                  )
                                  )
RAFIQ A. SABIR                    )
                                  )     05 Cr. 673-2 (LAP)
                                  )
                                  )
    v.                            )
                                  )     12 Civ. 8937 (LAP)
                                  )
                                  )
UNITED STATES                     )
                                  )
_____)
```

## AFFIRMATION OF SERVICE

I, Rafiq A. Sabir, declare under penalty of perjury that I have served a copy of the attached Rule 33 Motion For a New Trial upon the United States Attorney, whose address is

        United States Courthouse Annex
           One Saint Andrews Plaza
       New York, New York    10007-1701

by First Class Mail.

Dated: _____                    _____
      Ashland, Kentucky                      Rafiq Sabir

                                      Federal Correctional Facility

                                      Post Office Box 6001

                                      Ashland, Kentucky    41105

UNITED STATES DISTRICT COURT )
SOUTHERN DISTRICT OF NEW YORK )
)
)
)
)
UNITED STATES OF AMERICA ) 05 Cr. 673-2 (LAP)
)
)
v. ) 12 Civ. 8937 (LAP)
)
)
RAFIQ A. SABIR )
)
)
)

## AFFIRMATION OF SERVICE

I, Rafiq A. Sabir, declare under penalty of perjury that I have served a copy of the attached MOTION FOR DEFAULT JUDGMENT pursuant to Rule 55(a) and 55(d) of the Federal Rules of Civil Procedure upon the United States Attorney, whose address is

UnitedStates Courthouse Annex
One Saint Andrews Plaza
New York, New YOrk   10007-1701

by FIRST CLASS MAIL.

Dated: 30 December 2013

Ashland, Kentucky

_____
RAFIQ A. SABIR

Federal Correctional
Institution

Post Office Box 6001

Ashland, Kentucky    41105







RAFIQ SABIR #55312-066
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 6001
ASHLAND, KENTUCKY 41105

CERTIFIED MAIL

7012 3460 0002 1482 9025

⇨ 55312-066 ⇨
Clerk Of Court Attorney
500 Pearl ST
NEW YORK, NY 10007-1312
United States

RECEIVED DEC 30 2013

SPECIAL MAIL - LEGAL MAIL
DO NOT OPEN