```
UNITED STATES DISTRICT COURT        )
SOUTHERN DISTRICT OF NEW YORK        )
                                     )
                                     )
                                     )
RAFIQ A. SABIR                       )    12 Civ. 8937 (LAP)
                                     )
                                     )
        v.                           )    05 Cr. 673-2 (LAP)
                                     )
                                     )
UNITED STATES OF AMERICA             )
                                     )
                                     )
_____)
```

### HONORABLE LORETTA A. PRESKA

I, Rafiq A. Sabir, am pro se petitioner in §2255 motion filed
30 November 2012 in the above captioned case.

Ground I of that motion involves ineffective assistance of counsel
where defense counsel incorrectly and improperly advised me to sign
a stipulation that translations of recorded conversations from
arabic to english provided by FBI translators was accurate, where
defense counsel did not understand arabic and failed to do necessary
investigation by procuring an arabic language expert for the defense
as I requested, in order to determine whether or not those trans-
lations were accurate. (Please keep in mind that at this time I
was being held in solitary confinement and was in no position to
regularly follow up or trained to or prepared to understand its
importance.) Prejudice was shown because defense counsel knew from
discussions with me that I did not say "al-Qaeda", as was alleged
in the transcript provided to the jury.

MAR 2 5 2014

I asserted in my §2255 that defense counsel's negligence caused me
to forfeit substantive rights due to his uninformed and erroneous
advice. The exact substantive rights forfeited were ambiguous to me

at the time, but I believed it referred to forfeiture of liberty due to conceding defeat as a result of the mistranslation. It has now become apparent that I also forfeited the right to confront the FBI translators.

The latter issue became crystalized in my mind after reading United States v. Charles, 722 F.3d 1319 (11th Cir. 2013), in which the court parsed out the admissibility of translations from confrontation issues. Clearly, as employees of the FBI the translators may be presumed to have had a bias in the case of the government by agreeing with FBI Agents Brian White and Ali Soufan that allegedly I said "al-Qaeda" in attempting to repeat a pledge given by Mr. Soufan. I vehemently disputed that in private consultation with defense counsel and throughout every pro se motion filed post-conviction. Clearly, I would have wanted to confront the FBI translators at trial regarding that had the Court admitted those transcripts without the stipulation.

In light of United States v. Charles and my sincere intention to include confrontation in my claim that my substantive rights were affected by defense counsel's poor performance, I ask the Court to consider this in ruling on the merits of this case.

Thank you.

Respectfully,

Rafiq A. Sabir

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

)
)
)
)

RAFIQ SABIR )  12 Civ. 8937 (LAP)
)
)
v. )  05 Cr. 673-2 (LAP)
)
)
UNITED STATES OF AMERICA )
_____/

## CERTIFICATE OF SERVICE

I certify that, prior to 5:00 P.M. on _Letter to The Court_ I placed
in the United States Mail, in a properly-addressed envelope, with
first class postage duly paid and affixed to the envelope, and
with the envelope addressed to:

        United States Attorney
        1 Saint Andrews Plaza
        New York, New York      10007-1701

I declare under penalty of perjury that all of the statements made
in this "certificate of service" are true and correct and that if
called to testify as a witness in this matter, I could and would
competently testify to each of the facts set forth in the certificate.

This certificate was executed on _18 March 2014_
                        at _FCI Ashland_
                        _P.O. Box 6001_
                        _Ashland, Kentucky 41105_

        (signature) _____

        (name)    Rafiq Sabir

RAFIQ SABIR #55312-066
Federal Correctional Institution
Post Office Box 6001
Ashland, Kentucky 41105

RECEIVED
MAR 18 2014
BY. /035

SPECIAL MAIL-LEGAL MAIL
DO NOT OPEN

USA FOREVER

USMP3
SDNY

CHARLESTON WV 257
19 MAR 2014 PM 1 L

Pro Se

SOUTHERN DISTRICT OF NY

◇55312-066◇
Clerk Of Court
500 Pearl ST
NEW YORK, NY 10007-1312
United States

ATTORNEY

1000781316 C014