Rafiq A. Sabir            (    12 Civ. 8937 (LAP)

v.                                  (    05 Cr. 673 (LAP)

United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/26/2014

Motion For Leave To Amend 28 USCS §2255

Dr. Rafiq Sabir filed a timely §2255 Motion 30 November 2012 and now asks the Court's leave to amend by adding Ground Seven as described below.

GROUND SEVEN:

Dr. Sbir was convicted in June 2007 of: Count One, conspiring to and Count Two, attempting to provide material support to al-Qaeda in violation of 18 USCS §2339B. On 28 November 2007 Dr. Sabir was sentenced to a general sentence of 300 months. See Sentencing Transcript p.47 lines 1,2. (Excerpt hereto attached.) The maximum for each count is 180 months. See 18 USCS §2339B. The Court must render a separate sentence on each count. See USSG §5 1.2. Therefore the 300 month sentence was imposed illegally and in violation of the law. See United States v. Maynagh, 566 F.2d 799 (1st Cir. 1977); United States v. Moriarty, 429 F.3d 1012 (11th Cir. 2005); United States v. Ward, 626 F. 3d 179 (3d Cir. 2010).

A challenge to a sentence imposed illegally can never be forfeited or time-barred. United States v. Zakrzewski, 462 Fed. Appx. 421 (4th Cir. 2012); United States v. Zuno-Arce, 25 F.Supp. 2d 1087, 1120-22 (CD Cal. 1998).

AUG 26 2014

PRO SE OFFICE

7bszabs            Sentence

1   out by Mr. Wilford, it is my intention to impose a sentence of
2   300 months. It is my intention to impose a period of
3   supervised release of two years on each count to run
4   concurrently. It is my intention to impose the recommended
5   special conditions of supervised release of providing requested
6   financial information and submission to a search.
7          It is not my intention to impose a fine on the
8   findings of the presentence report, which I agree with, that
9   the defendant is not able to address a fine. It is my
10  intention to impose the mandatory $200 special assessment.
11         Counsel, is there any reason such a sentence should
12  not be imposed?
13         MS. RODGERS: No, your Honor.
14         MR. WILFORD: Other than we've already argued, your
15  Honor, no.
16         THE COURT: Yes, sir, thank you.
17         Very well, then. Dr. Sabir, you are sentenced, sir,
18  to a period of 300 months incarceration. Following that time,
19  you'll spend a period of two years on supervised release.
20  During that period, you will comply with all of the standard
21  terms and conditions of supervised release. Among them are
22  that you not commit another federal, state or local crime, you
23  not illegally possess a controlled substance, and you not
24  possess a firearm or other destructive device.
25         In addition, sir, during that period, and in addition

## CERTIFICATE OF SERVICE:

I, _Rafiq Sabir_____, certify under the penalty of perjury, that a true and correct copy of the foregoing has been placed in the FCI, mailbox, in Danbury, CT, 06811, on this __21__ day of _August_, year 20_14_, in accordance with the prison mailbox rule. <u>Houston v. Lack, 487 US. 266(1988)</u>. This enclosed motion is deemed filed upon placement in the prison mail room, and mailed to the following:

_United States Attorney_____

_United States Courthouse Annex_

_One Saint Andrews Plaza_____

_New York, New York  10007-1701_

_____

So Served,

_____M/ /\/_____

## UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed _21 August 2014_

Name: Rafiq Sabir
Reg: 55312-066
Address: FCI Danbury Route 37, Danbury, Connecticut, 06811



RAFIQ SABIR #55312-066
Federal Correctional Institution
Route 37
Danbury, Connecticut 06811

⇦55312-066⇦
Clerk Of Court  SDNY
500 Pearl ST
NEW YORK, NY 10007-1312
United States

WESTCHESTER NY 105
21 AUG 2014 PM 1 L

PRO SE
PRO SE 8/2/15

ATTORNEY

USM
SDNY
P3

i000713i699

SPECIAL MAIL - LEGAL MAIL
DO NOT OPEN