UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2016 MAY 10 AM 9: 56

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 5 9 16

RAFIQ A. SABIR

v.                                                          12 civ. 8937 (LAP)

UNITED STATES OF AMERICA

---

NOTICE TO COURT

Currently before the Court are about a dozen motions by Petitioner that would likely affect the Court's decision on whether or not to grant habeas corpus in the above captioned case. The Petitioner therefore urges the Court to act on these motions by granting the motions or ordering the Government to respond or deny the motions and thereby allow Petitioner to appeal. These motions include the following:

1. Listed on the criminal docket 189 in 05 cr. 673 (LAP), Motion To Disqualify, docketed 9 January 2013;

2. Request to Proceed In Forma Pauperis in the habeas corpus petition, docketed 20 February 2013;

3. Request for appointment of CJA counsel, docketed 20 February 2013;

4. Motions to Expand the Record, docketed 11 March 2013 and 22 May 2013 containing evidence pertinent to decision whether or not to grant habeas corpus;

5. Motion For New Trial Based On New Evidence docketed 8 November 2013 containing evidence pertinent to decision whether or not to grant habeas corpus and which independently is evidence requiring new trial;
6. Motion For Evidentiary Hearing, docketed 9 April 2014;

7. Motions For Leave to Amend, docketed 26 August 2014 and 22 January 2015, as well as third Motion received by Court March 2016, adding illegal sentence argument, rephrasing original arguments, including case law;
8. Motion To Correct Or Amend The Record, citing multiple instances of altered transcripts that do not reflect what actually occurred during the trial, and otherwise would support claims made in habeas petition;

If the Court fails to act on these Motions before a decision is reached Petitioner may be denied the ability to present pertinent evidence in support of his habeas petition, and denied the right to appeal dismissal of these Motions in order to bring the facts to bear on that decision.

Petitioner urges the Court to grant each and every one of the above named Motions in the interest of justice.

Thank you for your time and attention.


RAFIQ A. SABIR

RAFIQ SABIR #55312066
Federal Medical Center, Devens
Housing unit J-B
Post Office Box 879
Ayer, Massachusetts 01432

USCM
SDNY

SPECIAL MAIL - LEGAL MAIL

BOSTON MA 021
08 MAY 2016 PM 10 L

Pn S.
05-09-16

≪55312-066≫
Clerk Of Court      SDNY
500 Pearl ST
NEW YORK, NY 10007-1312
United States

10007-131699

RECEIVED
2016 MAY 10 AM 9: 57
CLERK'S OFFICE
FOREVER USA