UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

(Hon. Loretta A. Preska)

-----------------------------------------------------------X

RAFIQ SABIR,        Petitioner

-against-

UNITED STATES OF AMERICA,

　　　　　　　　　Respondents.

-----------------------------------------------------------X

ORDER  
TO ADMIT COUNSEL  
PRO HAC VICE

1:12-cv-08937 - LAP  
1:05-cr-00673 - LAP

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Charles Swift is permitted to argue or try this particular case in whole or in part as counsel or advocate for Petitioner, Rafiq Sabir.

This Order becomes effective upon the Court's receipt of the required $200.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: 9/13/16

_Loretta A. Preska_  
United States District Judge

cc: Pro Hac Vice Attorney  
　　Court File



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 9-14-16