

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
### FOLEY SQUARE
Case No. 1:05-cr-00673-LAP-2/ 1:12-cv-08937-LAP

Rafiq Sabir,
    *Petitioner*,

v.

                      ORDER ON MOTION

United States of America,
    *Respondent*.


THIS MATTER having come before the Court on the motion by the petitioner in the matter captioned above for leave to file a memorandum of law in support of his petition by January 20, 2017;

IT IS HEREBY ORDERED that Petitoner's motion is GRANTED. The Memorandum of Law in Support of the § 2255 Motion, and any ancillary motions filed by the petitioner, is due on January 20, 2017. The Government's reply to the same is due on February 24, 2017.

Dated: 9/13/16

Hon. Loretta A. Preska
United States District Judge