United States District Court

Southern District of New York

RECEIVED
SDNY PRO SE OFFICE

2016 SEP 29 AM 9: 40

RAFIQ SABIR, PETITIONER

      v.      05-cr-673 (LAP)

              12-civ-8937 (LAP)

UNITED STATES OF AMERICA,

RESPONDENT.

------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-29-16

### MOTION FOR SUMMARY JUDGMENTS

In Re.:  Outstanding Motions before the District Court.
On 28 July 2016 the District Court ordered the Government to
respond to the Outstanding Motions docket nos. 7, 11, 13, 15,
17, 19, 21, 22, 25,  within sixty (60) days.  Thus far the
Government has not responded to any of them.  The PETITIONER
is vehemently opposed to granting any extensions to the
Government on these issues, as these Outstanding Motions had
been sent to the Government as much as three years ago, so the
Government should have no excuse for not answering within the
time allotted by the Court.
Consequently, the PETITIONER asks the Court for summary
judgment in his favor on all of these Outstanding motions.  As
a result of such summary judgment, PETITIONER  is entitled to
a NEW TRIAL BASED ON NEW EVIDENCE, as claimed in his Rule 33
MOTION FOR A NEW TRIAL BASED ON NEW EVIDENCE.

# CERTIFICATE OF SERVICES

I, _RAFIQ SABIR_, certify under the penalty of perjury pursuant to 28 U.S.C 1746, that a true and correct copy of the foregoing has been placed in the Federal Correctional Institution mailbox in Danbury, Connecticut on this _20_ day of _September_, 20~~12~~ 16 in accordance with the prison mailbox rules Houston V. Lack, 487 U.S. ___ 266 (1988), this above styled motion is deemed filed upon placement in the prison mail room and mailed to the following: _Motion For Summary Judgment_

To: United States Attorney for
Southern District of New York
One Saint Andrews Plaza
New York, New York 10007

Via First Class Mail.

So Served,

_____



RAFIR SABIR #55-312 066
Federal Correctional Institution
Route 37
Danbury CT 06811

CERTIFIED MAIL

7009 2820 0003 5319 8836

⇔55312-Ubb<>
Clerk Of Court SDNY (ATTORNEY)
500 Pearl ST
NEW YORK, NY 10007-1312
United States

10007-131699

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING
TO ANOTHER ADDRESSEE, PLEASE RETURN
THE ENCLOSURES TO THE ABOVE ADDRESS.

SDNY PRO SE OFFICE
FEDERAL CORRECTIONAL INSTITUTION DANBURY CT-06811
2016 SEP 29 AM 9:40
FEDERAL CORR. RECEIVED

SPECIAL MAIL